**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                         Plaintiff, <br>       v. <br> LAWANDA ARETTA JOHNSON, <br>                         Defendant. | Case No. CR09-5703BHS <br><br> DETENTION ORDER |

**THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds as follows:**

**1)** No condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person or the community. This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

**2)** No less restrictive condition or combination of conditions will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community, including but not limited to those conditions set forth in 18 U.S.C. 3142(c)(1)(B).

**3)** <u>Detention is presumed, without adequate rebuttal, pursuant to 18 U.S.C 3142(e) (if noted as applicable below):</u>
    ( )     Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(e)(f)
    ( )     Potential maximum sentence of life imprisonment or death. 18 U.S.C.§3142(e)(f)

**4)** <u>Safety Reasons Supporting Detention</u> (if noted as applicable below):
    ( )     Defendant is currently on probation/supervision resulting from a prior offense.
    ( )     Defendant was on bond on other charges at time of alleged occurrences herein.
    ( )     Defendant's prior criminal history.
    (X)     Nature of allegations.

<u>Flight Risk/Appearance Reasons Supporting Detention</u> (if noted as applicable below):
    ( )     Defendant's lack of community ties and resources.
    ( )     Bureau of Immigration and Customs Enforcement Detainer.
    ( )     Detainer(s)/Warrant(s) from other jurisdictions.
    ( )     Failures to appear for past court proceedings.
    (X)     Court views the defendant as a flight risk.

*Order of Detention*

The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, without prejudice to review.
▸     The defendant shall be afforded reasonable opportunity for private consultation with counsel.
▸     The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding. This Order is entered without prejudice to review.

                                                                         November 4, 2009.

                                                           J. Richard Creatura, United States Magistrate Judge

DETENTION ORDER
Page - 1