UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANTOINE JOHNSON et al.,<br><br>Defendants. | CASE NO. 3:09-cr-05703-DGE-2<br><br>ORDER ON MOTION TO VACATE JUDGMENT FOR FRAUD ON THE COURT (DKT. NO. 915) |

Before the Court is Defendant Lawanda Johnson's motion to vacate the judgment against her for "Fraud on the Court[.]" (Dkt. No. 915.) Johnson argues the Government lacked Article III standing because "there is no record evidence of a 42 C.F.R. § 2.65 ORDER authorizing the use/disclosure" of her identity to investigate or criminally prosecute her. (*Id.* at 3.) The Court notes that it has considered this argument previously, and has denied relief on this basis. (*See* Dkt. No. 864.) The Court further notes that Lawanda Johnson has repeatedly raised this issue in other motions. (*See* Dkt. Nos. 706 at 5; 812 at 2; 816 at 3–4.) More than a year ago, the Court denied Petitioner Antoine Johnson's petition for a writ of coram nobis, which was predicated on

this argument. (Dkt. No. 909.) In that order, the Court noted that the Johnsons have raised this argument, and variants of this argument, numerous times. (*Id.* at 5.) The Court further noted that it had rejected the argument every time it was raised and explained the basis for jurisdiction in this case. (*Id.*) The Court advised the Johnsons that the Court would not endlessly relitigate the issues in this case and repeated its warning that it would not tolerate an endless torrent of duplicative and frivolous motions. (*Id.* at 5–6.) Defendant has not heeded the Court's warning.

Defendant's motion to vacate (Dkt. No. 915) is DENIED.

Dated this 29th day of September, 2026.

David G. Estudillo
United States District Judge